Xavier R. Donaldson
Attorney at Law
136 Madison Avenue, 6th Floor
New York, NY 10016
646-772-3334
xdonaldson@aol.com

August 2, 2024

Via Email and ECF
Hon. Joan M. Azrack
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *United States v. David Sosa-Guevara*
               20 Cr 251 (JMA)
               Application for Learned Counsel To Stand In On August 6, 2024

Dear Judge Azrack,

     John Holdridge (Learned Counsel) and I represent David Sosa-Guevara pursuant to the Criminal Justice Act (CJA) in the above referenced matter. This is an application for Mr. Holdridge to stand in as counsel for me on the next status conference presently scheduled for August 6, 2024.

     As the Court is aware, this is a capital-eligible case. Mr. Holdridge has been assigned as Learned Counsel for Mr. Sosa Guevara. Mr. Holdridge has been present for almost all (if not all) of the prior Court appearances, is actively involved in the case, has visited Mr. Sosa Guevara numerous times and is fully aware of all matters related to the effective representation of Mr. Sosa-Guevara. I will be out of the jurisdiction on August 6, 2024 and unable to appear. Consequently, I am requesting that Mr. Holdridge stand in my stead at the status conference on August 6, 2024.

                                                  Sincerely,

                                                  /s/ **Xavier R. Donaldson**

                                                  Xavier R. Donaldson