# Xavier R. Donaldson
# Attorney at Law
# 136 Madison Avenue, 6th Floor
# New York, NY 10016
# 646-722-3334
[Xdonaldson@aol.com](mailto:Xdonaldson@aol.com)

October 21, 2025

**Via ECF and Email**
Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    RE:    <u>United States v. Alfaro et. al.</u>
                 20 Cr 251 (JMA)

Your Honor,

    As the Court is aware, I along with John Holdridge, represent Mr. David Sosa Guevara in the above referenced matter that is currently scheduled for sentencing November of 2025. Currently, we do not have the PSR and are still actively securing documents to draft an appropriate sentencing submission. Consequently, and without objection from Government, we are seeking an adjournment of Mr. Sosa's sentencing. After consultation with your deputy, we understand that March 10, 2026 is an available date.

    Thanking the Court in advance.

                                              Sincerely,

                                              ***Xavier R. Donaldson***

                                              Xavier R. Donaldson
                                              Attorney for David Sosa Guevara